UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

METAL YAPI HOLDINGS A.S.,

    Plaintiff,

v.                                         CASE NO. 8:20-cv-1780-T-23AAS

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

## ORDER

In accord with the parties' stipulation (Doc. 13), this action is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on September 22, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE